tive, Office of Capital Collateral Representative, W. Palm Beach, Fla., for petitioner-appellee, cross-appellant.

Before FAY, ANDERSON and EDMONDSON, Circuit Judges.

PER CURIAM:

The judgment of the district court is AFFIRMED for the reasons stated in its Order Granting Petition for Writ of Habeas Corpus of September 23, 1986. 667 F.Supp. 1456.

Before RONEY, Chief Judge, GODBOLD, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON and CLARK, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

ORDER:

Pursuant to the opinion issued by Supreme Court of the United States, —— U.S. ——, 107 S.Ct. 2063, 95 L.Ed.2d 648, the judgment rendered by the district court is AFFIRMED.

---

Frieda Joyce JOHNSON, personal representative of the Estate of Horton Winfield Johnson, for herself and for the Benefit of Kevin Lee Nix, Cynthia Ann Johnson and Tamara Joyce Nix, Plaintiffs-Appellants,

v.

UNITED STATES of America, Defendant-Appellee.

No. 83-5764.

United States Court of Appeals, Eleventh Circuit.

Sept. 28, 1987.

Joel D. Eaton, Podhurst, Orseck, Parks, Josefsberg, Eaton, Meadow & Olin, P.A., Miami, Fla., for plaintiffs-appellants.

Jonathan Goodman, Asst. U.S. Atty., Leon B. Kellnor, Jeffrey D. Fisher, Sp. Asst. U.S. Atty., Linda Collins-Hertz, Asst. U.S. Atty., Miami, Fla., Robert S. Greenspan, Nicholas Stephen Zeppos, U.S. Dept. of Justice, Washington, D.C., for defendant-appellee.

UNITED STATES of America, for the Use and Benefit of SEMINOLE SHEET METAL COMPANY, Plaintiff-Appellant,

v.

SCI, INC., f/k/a Sainer Constructors, Inc. and Fidelity and Deposit Company of Maryland, Defendants-Appellees.

No. 86-3477.

United States Court of Appeals, Eleventh Circuit.

Sept. 28, 1987.

